# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| GERRI McINTYRE, on behalf of herself and the class described herein | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION<br>)<br>) FILE NO.: 1:23-CV-186 (LAG) |
| vs. | )<br>) |
| ACCOUNTS BILLING SERVICE, INC.; MSN HEALTHCARE SOLUTIONS, LLC; and COLLECTION BUREAU ASSOCIATES OF GEORGIA, INC. | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | / |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, GERRI MCINTYRE, and Defendant, ACCOUNTS BILLING SERVICE, INC. (hereinafter "Parties"),[1] by and through their respective attorneys of record, give notice that above-referenced matter has settled. Parties are in the process of finalizing settlement documents and anticipate filing a stipulation of dismissal of this entire action within the next sixty (60) days.

Respectfully submitted this 25th day of November, 2024.

---

[1] The other defendants were dismissed.

/s/ Brian M. Clark
Brian Clark
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
Email:  bclark@wigginschilds.com
Attorney for Plaintiff

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Aaron M. Cohn*
Aaron M. Cohn (admitted *pro hac vice*)
Florida Bar No. 95552
Nicholas P. Panayotopoulos
Georgia Bar No. 560679
3344 Peachtree Rd., NE, Ste 2400
Atlanta, Georgia  30326
Ph: (404) 876-2700
Fax: (404) 875-9433
acohn@wwhgd.com
npanayo@wwhgd.com
*Attorneys for Defendant Account Billing Service, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2024, I electronically filed the foregoing *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send a notice of electronic filing to all counsel of record in this action.

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Aaron M. Cohn*_____
Aaron M. Cohn