# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| GERRI McINTYRE, on behalf of herself and the class described herein, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     CASE NO.: 1:23-CV-186 (LAG) <br> : |
| ACCOUNTS BILLING SERVICE INC.; MSN HEALTHCARE SOLUTIONS, LLC; and COLLECTIONS BUREAU ASSOCIATES OF GEORGIA, INC., | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## ORDER

The Parties have advised the Court that they have settled this case. (Doc. 52). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 19th day of December, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**