IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GERRI McINTRYE, on behalf of herself and the class described herein, , | * |
| | * |
| Plaintiff, | Case No. 1:23-CV-186(LAG) |
| v. | * |
| ACCOUNTS BILLING SERVICE, INC., | * |
| Defendant. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated February 25, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of February, 2025.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk